**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>**YURI BABAYAN,**<br><br>Debtor. | **Chapter 7**<br>**Case No. 21-11186- (JEB)** |

## MOTION TO AMEND SCHEDULE F AND J

To the Honorable Janet E. Bostwick, United States Bankruptcy Judge:

Pursuant to Fed. R. Bankr. P. 1009(a), Yuri Babayan (the "Debtor"), hereby moves to amend his Schedules F and J filed with the petition in his Chapter 7 proceeding to include updated information regarding the Debtor's creditors and the Debtor's monthly expenses. As grounds therefor, the Debtor states the following:

1. On August 17, 2021 (the "Petition Date"), the Debtor filed a petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court").

2. The Debtor filed all of his Schedules and his Statement of Financial Affairs along with the Petition. After several conversations with the United States Trustee's office, the Debtor has amended his Schedules to correct several issues and clarify additional information not contained in the original filing.

3. The Debtor seeks the Court's permission to amend his Schedule F to detele duplicative entries and to include information concerning the dates various debts were incurred and account information. A copy of the Debtor's amended Schedule F is attached hereto as Exhibit A.

4. The Debtor seeks the Court's permission to amend his Schedule J to correct his account of monthly expenses and to fix a typo in the amount of monthly expenses relating to his child. A copy of the Debtor's amended Schedule J is attached hereto as <u>Exhibit B</u>.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order approving the Debtor's amended Schedules F and J and for such other and further relief as may be justified.

Respectfully submitted,

YURI BABAYAN,
By his counsel,

October 12, 2021

/s/ Jesse I. Redlener
Jesse I. Redlener (BBO #646851)
ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
Phone: (978) 409-2038
Fax:    (978) 274-7877
jr@ascendantlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **YURI BABAYAN,** | **Case No. 21-11186- (JEB)** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

I, Jesse I. Redlener, hereby certify that on October 12, 2021, I served a copy of the *Motion to Amend Schedules F and J* on all parties via the Court's Electronic Case Filing system or by first class mail to those on the attached service list to those requesting notice.

/s/ Jesse I. Redlener
Jesse I. Redlener

**SERVICE LIST**

Gary W. Cruickshank
gwc@cruickshank-law.com, ma09@ecfcbis.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV